FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

MAR - 2 2021

BY
DEPUTY_____

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | No. 1:20CR79 |
| TERRENCE NEIL BRONSON (4) | § § | Judge: Marcia Crone |

## FACTUAL BASIS

The government presents to the Court, by and through the undersigned Assistant United States Attorney in and for the Eastern District of Texas, joined by the defendant **Terrence Neil Bronson**, and the defendant's attorney, Clay Thomas, and in support of the indictment, would show the following:

1. That the defendant, **Terrence Neil Bronson**, hereby stipulates and agrees to the truth of all matters set forth in this factual basis, and agrees that such admission may be used by the Court in support of his plea of guilty to Count Six, which charges a violation of 21 U.S.C. § 841(a)(1), Possession with intent to distribute a mixture or substance containing a detectable amount of methamphetamine, and Count Seven of the indictment, which charges a violation of 18 U.S.C. § 924(c), Possessing a firearm in furtherance of a drug trafficking crime.

2. That the defendant, **Terrence Neil Bronson**, who is pleading guilty to such indictment, is one and the same person charged in the indictment.

3. That the events described in the indictment occurred in the Eastern District of Texas and elsewhere.

1

4. That had this matter proceeded to trial, the government, through the testimony of witnesses, including expert witnesses, and through admissible exhibits, would have proven, beyond a reasonable doubt, each and every essential element of the offense alleged in the indictment; specifically, the government would have proven the following stipulated facts:

On or about June 14, 2020, Officers with the Jasper Police Department conducted a traffic stop in Jasper Texas (Eastern District of Texas), on a vehicle driven by a person later to be identified as **Terrence Neil Bronson (Bronson)**. After making contact with **Bronson** the officer discovered **Bronson** has an active warrant, and was placed under arrest on that warrant. The arresting officer requested a K-9 unit who responded and gave a positive alert for narcotics. Upon searching the vehicle, officers discovered a Rossi 410 shotgun bearing serial number 5GZ131071 wrapped in a black t-Shirt on the driver's seat. On the backseat officers found a clear plastic bag containing a crystal substance that appeared to be methamphetamine, with a field weight of approximately 28 grams with packaging. **Bronson** later made a statement to police the narcotics were his.

The suspected controlled substance was sent to the Jefferson County Crime Laboratory, and it determined the substances recovered in the vehicle **Bronson** was driving was: 28.698 grams of a mixture or substance containing a detectable amount of methamphetamine, which is a distributable amount of methamphetamine, a Schedule II controlled substance.

Officers would have testified that possession of the firearm listed above was found on the driver's seat and in close proximity to controlled substances, which indicates that possession of the firearm furthered, and advanced the possession and distribution of those controlled substances.

## DEFENDANT'S SIGNATURE AND ACKNOWLEDGMENT

5. I have read this factual basis and the indictment, or have had them read to me and have discussed them with my attorney. I fully understand the contents of this factual basis and agree without reservation that it accurately describes the events and my acts.

Dated: 3-2-21

Terrence Neil Bronson
Defendant

## DEFENSE COUNSEL'S SIGNATURE AND ACKNOWLEDGMENT

6. I have read this factual basis and the indictment and have reviewed them with my client, **Terrence Neil Bronson**. Based upon my discussions with the defendant, I am satisfied that the defendant understands the factual basis and stipulation as well as the indictment, and is knowingly and voluntarily agreeing to these stipulated facts.

Dated: 3/2/21

Clay Thomas

3

Attorney for the Defendant


Respectfully submitted,

NICHOLAS GANJEI
ACTING UNITED STATES ATTORNEY

/s/ Russell E. James

Russell E. James
Assistant U. S. Attorney
Eastern District of Texas
350 Magnolia, Suite 150
Beaumont, Texas 77701
409/839-2538
409/839-2550 Fax
Texas Bar No. 24071416
Russell.James@usdoj.gov